Sharon Keller, Presiding Judge
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

26,781-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

Re: Chuck Williams v. The State of Texas
    CCA no: WR-26,781-02
    Trial Court Case no: W11-26863-Y (A)
    05-13-00043-CR

This document contains some
pages that are of poor quality
at the time of imaging.

Honorable Sharon Keller,

        This Letter with the enclosed document is to inform you and the Court that in my Writ of Habeas Corpus proceedings under Article 11.07. The Applicant contend that his trial counsel or Public Defender's Attorney's Mr. Frank Douglas and Mrs. Elisha Enoksen assistance was ineffective in the following way because they failed to allow Applicant to Listen to the 911 dispatched call tape or (CD) recording as promised. Applicant requested to Listen to the 911 dispatched call because of the allegation presented in the Garland Police Affidavit for Arrest Warrant or Capias first paragraph. Applicant requested his counsel to investigate the dispatch call to see whom actually made the 911 call. Katy Hodge is the Mom (CW) and Shantina Henderson is the daughter who made the call. I am very sure the dispatch operator ask Shantina Henderson is she at the location or crime Location AS A WITNESSE. As stated in Applicant writ he was not allow to listen to the 911 tape. And she failed to investigate the case. AS Requested. Applicant also asked Mrs. Elisha Enoksen who appointed or assigned her to Applicant case? She never answered the questing.     1.

Applicant also Requested that Mrs. Elisha Enoksen too produce or provide Applicant with copys of all Video Conference with her for the courts review. The Video Conference is how me and Mrs. Enoksen discussed issues Regarding the pending charge, which is why I Requested for copys of all Video Conference because such Recording will Reveal the truth.

However the fact is both Public Defender Attorney Mr. Frank Douglas and Mrs. Elisha Enoksen Fail to let me listen to the 911 Dispatch Recording which ~~would~~ would be Favorable evidence to Applicant.

To this very day, Applicant have not Received a copy of this 911 Dispatch call or call Log in this criminal cause as Requested Applicant have not Received any of the State's witnesses state- ments nore was any statement taken or interview conducted by my Public Defender Attorney's.

Honorable Judge Keller,

I must further Acknowledge you that at this time I have not Received a copy of the Trial Court's findings of fact and Conclusions of Law of 18 page document under case no. 05-13-0073- CR: produced by Apirl E. Smith in was filed in the Third Court of Appeals, the Court of Criminal Appeals, and the Supreme Court.

I have wrote to Ms. Lisa Matz, Clerk, 5th Court of Appeals, Located at 600 Commerce, Dallas, Texas 75202-4658. whom suggested that I direct my Request to Felicia Pitre, Dallas County District Clerk, my Letter of Request was wrote Feb 2, 2015. I further state that I am incarcerated and I am very much indigent. I do not have friends or family members to pay for the Requested documents.

2.

Honorable Judge Keller,

The enclosed document is for your review and the Appeal Courts as well. I strongly beleive this document listed as exhibit 2. will rise question regarding Mr. Douglas and Mrs. Enoksen fialuar to allow applicant to listen to the 911 dispatch call in this case as requested before trial or a Plea proceeding.

Your concern regarding the enclosure will be highly appreciated.

Thank You Sincerely,
Chuck Williams
Applicant.

## Certificate Of Service

I Chuck Williams, TDCJ no# 620981, the under signed inmate hereby certifies that the. Certification is ture and correct and a copy of the foregoing 3 page letter and enclosed document exhibit 2 with cause number F11-21863, has been mailed by U.S. Postal Service Pre-Paid, Addressed to Sharon Keller, Presiding Judge, Court of Criminal Appeals, At P.O. Box 12308, Capitol Station, Austin, Texas 78711, on the 11 day of February A.D. 2015.

## Unsworn Declaration

I Chuck Williams, TDCJ no.# 620981, being presently incarcerated in the Texas Department of Criminal Justice Correctional Institution, Hutchins Unit, do hereby declare under penalty of perjury that the above and foregoing is true and correct.

Executed On February 2, 2015.

Respectfully Submitted.
Chuck Williams
Chuck Williams #620981
Hutchins Unit-A67-B
1500 E. Landgon Rd.
Dallas, Texas 75241

3.

## Re: State v. Chuck Williams (F11-26863)            *Exhibit 2.*

Stephanie Mitchell

**Sent:** Wednesday, February 29, 2012 1:38 PM

**To:** Elisha Enoksen

---

He is on parole so I doubt he will take anything.  He is 25 to life.  The rec was 30, but I may be willing to drop a paragraph.  Talk with him and see what he will take.

Sent from my iPhone

On Feb 29, 2012, at 1:32 PM, "Elisha Enoksen" <Elisha.Enoksen@dallascounty.org> wrote:

> Hey Lady,
>
> I'm on this case now.  I'm about to speak with him via video conference and I'll be able to let you know if we'll announce ready as soon as I do.  Could you please let me know your latest offer on the case, though?  I just checked on Onbase and didn't see it scanned it yet.
>
> Thanks!
> Elisha Enoksen
> Dallas County Assistant Public Defender
> (214) 653-3546
>
>
> _____
> From: Frank Douglas
> Sent: Monday, February 27, 2012 12:37 PM
> To: Elisha Enoksen
> Subject: Fwd: State v. Chuck Williams (F11-26863)
>
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> From: "Stephanie Mitchell" <Stephanie.Mitchell@dallascounty.org<mailto:Stephanie.Mitchell@dallascounty.org>>
> To: "Frank Douglas" <Frank.Douglas@dallascounty.org<mailto:Frank.Douglas@dallascounty.org>>
> Subject: State v. Chuck Williams (F11-26863)
>
> Hello Frank!  Please find my Motion to Disclose Experts, Notice of Extraneous Offenses and Witness list attached.  Per our new office policy, I have to burn your discovery to a disk that you can pay for in the video room.  I have prepared that disk and it contains the 911 call, call log and police report.  When you are ready to pick this up, please notify me.
>
> I anticipate being ready for trial on 4/2/12.  This is the oldest jail chain case I have set that day.  Please let me know if you plan to announce ready as well.  Thanks!
>
> Stephanie N. Mitchell
> Assistant District Attorney
> Family Violence Division
> Dallas County, Texas
> 214-653-3723
>
> snmitchell@dallascounty.org<mailto:snmitchell@dallascounty.org><mailto:snmitchell@dallascounty.org>
>
> <Filed Motions.pdf>